**Electronically Filed**
**Supreme Court**
**SCWC-17-0000835**
**19-NOV-2019**
**09:18 AM**

SCWC-17-0000835

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO
BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS
SERVICING LP, Respondent/Plaintiff-Appellee,

vs.

CHARITO LABRADOR HERMANO, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000835; CIV. NO. 12-1-0276)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Kuriyama, in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellant Charito Labrador

Hermano's application for writ of certiorari filed on October 8,

2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 19, 2019.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Christine E. Kuriyama

